CLOSED

1  MICHAEL N. FEUER, City Attorney (SBN 111529x)
   JAMES P. CLARK, Chief Dep. City Attorney (SBN 64780)
2  THOMAS H. PETERS, Chief Asst. City Attorney (SBN 163388)
   RONALD S. WHITAKER, Mng. Asst. City Attorney (SBN 110160)
3  KIMBERLY A. ERICKSON, Dep. City Attorney (SBN 213634)
   200 North Main Street, City Hall East, Room 916
4  Los Angeles, California 90012
   Tel: (213) 473-6877; Fax: (213) 473-6818
5  Kimberly.Erickson@lacity.org

6  Attorneys for Defendant
7  *CITY OF LOS ANGELES*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| M.C., a minor, by and through his guardian ad litem, Zulma Mena; and ANA CAMPOS, an individual,<br><br>*Plaintiffs*,<br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; and Does 1-10, inclusive,<br><br>*Defendants*. | CASE NO.: 2:14-cv-02972 R (SHx)<br><br>**JUDGMENT** |

JUDGMENT

# JUDGMENT

On March 16, 2015 the Court issued an Order granting the Motion for Summary Judgment filed by Defendant City of Los Angeles ("Defendant") as to the Complaint filed by Plaintiffs M.C., a minor by and through his guardian ad litem Zulma Mena and Ana Campos ("Plaintiffs").

IT IS ADJUDGED THAT:

1. Judgment in the above-captioned matter be, and hereby is, entered in favor of Defendant City of Los Angeles and that Plaintiffs shall take nothing by way of their Complaint and that this action is dismissed with prejudice.

2. Defendant shall recover its costs of suit herein.

DATED: May 14, 2015

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE